Gondephe, P.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/18
```

MAYAGÜEZ S.A.,

        Plaintiff,

-against-

CITIGROUP INC.,
CITIBANK, N.A.

        Defendants.

Case No. 16 Civ. 06788 (PGG)

### SCHEDULING STIPULATION AND [PROPOSED] ORDER

WHEREAS on August 9, 2016, Plaintiff Mayagüez S.A. filed its Summons with Notice and Complaint (the "Complaint") against Citigroup Inc. and Citibank, N.A. (together, "Defendants") in the Commercial Division of the New York State Supreme Court in a case styled as *Mayagüez S.A. v. Citigroup, Inc., & Citibank, N.A.*, No. 654199/2016 (the "Action");

WHEREAS on August 29, 2016, pursuant to 12 U.S.C. § 632 and 28 U.S.C. § 1446, Defendants removed the Action to this Court;

WHEREAS on January 13, 2017, Plaintiff filed its Amended Complaint (the "Amended Complaint");

WHEREAS on June 12, 2017, all briefing for Defendants' Motion to Dismiss the Amended Complaint was completed and submitted to the Court in accordance with this Court's Individual Rule 4(C);

WHEREAS on March 28, 2018, the Court issued a Memorandum Opinion & Order granting Defendant's Motion to Dismiss as to Plaintiff's Eleventh Cause of Action and denying

Defendants' Motion to Dismiss as to all of Plaintiff's other claims, and scheduling a Court conference on April 12, 2018;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' deadline to answer the Amended Complaint is April 11, 2018;

WHEREAS Plaintiff and Defendants have met and conferred on a proposed schedule for Defendants' Answer to the Amended Complaint;

NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED by and among Plaintiff and Defendants, through their respective counsel of record, as follows, subject to approval by the Court:

1. Defendants' Answer to the Amended Complaint shall be served by no later than May 11, 2018;

2. This Scheduling Stipulation and Proposed Order is entered into by the parties without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the parties.

Date: April 3, 2018

By: _____
Juan P. Morillo
Daniel Cunningham
Scott Shelley
QUINN EMANUEL, URQUHART &
SULLIVAN, LLP
juanmorillo@quinnemanuel.com
danielcunningham@quinnemanuel.com
scottshelley@quinnemanuel.com

777 6th Street, NW 11th Floor
Washington, D.C. 20001
Telephone: (202) 538-8000
Fax: (202) 538-8100

51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Mayagüez, S.A.*

Date: April 3, 2018

By: _____
Adam S. Hakki
Agnès Dunogué
SHEARMAN & STERLING LLP
adam.hakki@shearman.com
agnes.dunogue@shearman.com

599 Lexington Avenue
New York, NY 10022
Phone: (212) 848-4000

*Attorneys for Defendants
Citigroup Inc. and Citibank, N.A.*

SO ORDERED this 3rd day of April, 2018

_____
THE HONORABLE PAUL G. GARDEPHE
United States District Judge