UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAYAGÜEZ S.A., <br><br> Plaintiff, <br><br> -against- <br><br> CITIGROUP, INC. and CITIBANK, N.A., <br><br> Defendants. | **DEMAND FOR JURY TRIAL** <br><br> Case No. 16 Civ. 06788 (PGG) |

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Mayagüez hereby demands a jury trial in this action on all issues triable to a jury.

Dated:  May 23, 2018
         New York, New York

Respectfully Submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

  /s/   Juan P. Morillo
Juan P. Morillo (*pro hac vice*)
Gabriel F. Soledad
Daniel Pulecio-Boek
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Tel:  (202) 538-8000
Fax:  (202) 538-8100
juanmorillo@quinnemanuel.com
gabrielsoledad@quinnemanuel.com
danielpulecioboek@quinnemanuel.com

Luke Nikas
Samantha Gillespie (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel:  (212) 849-7000
Fax:  (212) 849-7100
lukenikas@quinnemanuel.com
samanthagillespie@quinnemanuel.com

*Attorneys for Plaintiff Mayagüez*

## **CERTIFICATE OF SERVICE**

      I certify that on May 23, 2018, I electronically filed the foregoing Demand for Jury Trial with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

This 23rd day of May, 2018

                                             /s/ Juan P. Morillo
                                                Juan P. Morillo