USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_2/22/2019\_\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MAYAGÜEZ S.A.,

            Plaintiff,      :     **ORDER**

    -v-      :     16-CV-6788 (PGG) (JLC)

CITIGROUP INC., *et al.*,

            Defendants.
---------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court has received the parties' joint status letter dated February 20, 2019 (Dkt. No. 76) and defendants' letter dated February 21, 2019 (Dkt. No. 77). If defendants wish to submit a response to the four issues that Mayaguez raises with defendants' production (*see* Dkt. No. 76, at 4–5), they should do so by **5:30 p.m. on February 25, 2019**. However, prior to doing so, the Court hereby directs the parties to first meet and confer to see if they can resolve or at least narrow their discovery disputes with respect to these issues.

    **SO ORDERED.**

Dated: February 22, 2019
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge