USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/27/2019_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MAYAGÜEZ S.A.,                                         :
                                                      :
                          Plaintiff,                  :          **ORDER**
                                                      :
          -v-                                         :          16-CV-6788 (PGG) (JLC)
                                                      :
CITIGROUP INC., *et al.*,                             :
                                                      :
                          Defendants.                 :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      The next status conference in this matter is scheduled for **April 17, 2019** at

**3:00 p.m.** in Courtroom 21-D, 500 Pearl Street, New York, New York.  The parties shall

submit their respective letter-motions to the Court by **April 10, 2019** identifying any issues to be

addressed at the conference.  Responses to the April 10 letters should be submitted by **5:30 p.m.**

**on April 15, 2019**.  Alternatively, the parties can seek to adjourn the conference if there are no

issues to be addressed.

          **SO ORDERED.**

Dated: February 27, 2019
          New York, New York

                                                    _____
                                                    JAMES L. COTT
                                                    United States Magistrate Judge