UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYAGÜEZ S.A.,

                    Plaintiff,

       - against -

CITIGROUP, INC. and CITIBANK, N.A.,

                    Defendants.

**ORDER**

16 Civ. 6788 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the parties' motions to file under seal their pre-motion letters (Dkt. Nos. 126, 130) are denied. The Clerk of the Court is directed to terminate the motions (Dkt. Nos. 125, 129).

       The parties are directed to file unredacted versions of these letters on the public docket by **May 22, 2020**.

Dated: New York, New York
       May 18, 2020

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge