UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mayagüez, S.A.,<br><br>                    Plaintiff,<br><br>   v.<br><br>Citigroup Inc. et al.,<br><br>                  Defendants. | No: 1:16-cv-06788-PGG-JLC |

## NOTICE OF WITHDRAWAL OF COUNSEL

      Melissa Godwin hereby informs the Court that she is no longer associated with Shearman & Sterling LLP, counsel for the defendants, and should accordingly be removed from the Court's service list with respect to the above-captioned action.  Shearman & Sterling continues to serve as counsel for the defendants, and all papers in this action should continue to be directed to the remaining Shearman & Sterling attorneys of record.

Dated: September 16, 2020

                                                                Respectfully submitted,

                                             By: _____
                                                                 Melissa J. Godwin

SO, ORDERED:

_____
Judge Gardephe, S.D.N.Y.
September 18, 2020