```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MAYAGÜEZ S.A.,                               :
                                             :
             Plaintiff,                  :   **ORDER**
                                             :
    -v-                                      :   16-CV-6788 (PGG) (JLC)
                                             :
CITIGROUP INC., *et al.*,                    :
                                             :
             Defendants.                 :
----------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The parties and the Court conferred, and the oral argument in this case will proceed by videoconference on the Zoom platform on **March 10** at **11:00 a.m.** The public can attend this remote proceeding on a listen-only basis by using the following dial-in information:

    Telephone: +1 929 205 6099  or +1 301 715 8592  or +1 312 626 6799  or +1 669 900 6833  or +1 253 215 8782  or +1 346 248 7799  or 833 548 0282 (Toll Free) or 877 853 5247 (Toll Free) or 888 788 0099 (Toll Free) or 833 548 0276 (Toll Free)

    Webinar ID: 955 9645 8571

    Passcode: 16961930

    **SO ORDERED.**

Dated: March 4, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge