USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAYAGÜEZ S.A.,

          Plaintiff,

   -v-

CITIGROUP INC., *et al.*,

          Defendants.
-----------------------------------------------------------X

**ORDER**

16-CV-6788 (PGG) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

Having received no requests to redact any portion of the Report and Recommendation sent to counsel on April 30 and previously filed under seal, the Court hereby directs the Clerk to file the Report and Recommendation on the public docket forthwith.

   **SO ORDERED.**

Dated: May 6, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge