May 5, 2021

**MEMO ENDORSED**

**VIA ECF**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: May 6, 2021

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Mayagüez SA. v. Citigroup, Inc., et al.*, Case No. 16 Civ. 06788 (PGG) (JLC)

Dear Judge Gardephe:

We write on behalf of all parties to this action. In accordance with paragraph I(D) of Your Honor's Individual Rules of Practice (the "Rules of Practice"), Defendants request a 14-day extension (to which Plaintiff consents) for the parties' time to file any objections, and responses to any such objections, to the Report and Recommendation of Magistrate Judge James L. Cott (the "R&R") with respect to the parties' motions for summary judgment.

The R&R, transmitted to the parties on April 30, 2021, is over 70 pages and addresses motions for summary judgment and related motions filed by both sides under both Colombian and New York law with respect to Plaintiff's 11-count complaint. Under the applicable rules, the parties' objections to the R&R would be due within 14 days of transmittal, *i.e.*, May 14, and responses to such objections would be due 14 days after service of such objections. *See* FRCP Rule 72(b). The following brief extension is requested to permit the parties to assess and address any potential objections and responses thereto: the parties shall file any objections to the R&R on or before May 28, 2021; and the parties shall file any responses to any such objections on or before June 25, 2021.

No extension of time has been sought previously for these deadlines.

Respectfully submitted,

| | |
|---|---|
| */s/   Gabriel F. Soledad* | */s/   Agnès Dunogué* |
| Juan P. Morillo | Adam S. Hakki |
| Gabriel F. Soledad | Agnès Dunogué |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SHEARMAN & STERLING LLP |
| 1300 I Street NW, Suite 900 | 599 Lexington Avenue |
| Washington, D.C. 20005 | New York, NY 10022 |
| Tel. 212-849-8000 | Tel. 212-848-4924 |
| | Tel. 212-848-5257 |
| juanmorillo@quinnemanuel.com | ahakki@shearman.com |
| gabrielsoledad@quinnemanuel.com | agnes.dunogue@shearman.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |