**SHEARMAN & STERLING LLP**

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

July 1, 2022

<u>Via ECF</u>

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

   Re: *Mayagüez, S.A. v. Citigroup, Inc. et al.*, Case No. 16 Civ. 06788 (PGG) (JLC)

Dear Judge Gardephe:

  We write on behalf of Defendant to request a short extension of two business days to Defendant's time to respond to Plaintiff's motions *in limine* and two other pre-trial motions filed by Plaintiff. The current deadline for those responses is Thursday, July 7, 2022 (under ECF No. 226 and SDNY Local Civil Rule 6.1(b)), and under the requested extension the due date would be Monday, July 11, 2022. In light of the number of motions at issue (four) and intervening federal holiday, a two business-day extension would facilitate Defendant's preparation of responses. Plaintiff has no objection to this request.

Respectfully Submitted,

*/s/ Agnès Dunogué*
Adam S. Hakki
Agnès Dunogué
John Nathanson
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel. 212-848-4924
Tel. 212-848-5257
ahakki@shearman.com
agnes.dunogue@shearman.com
john.nathanson@shearman.com

*Attorneys for Defendant*

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul S. Gardephe*

Paul G. Gardephe, U.S.D.J.
Dated: July 6, 2022

ABU DHABI | BEIJING | BRUSSELS | DUBAI | FRANKFURT | HONG KONG | LONDON | MENLO PARK | MILAN | NEW YORK
PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SAUDI ARABIA* | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.
*ABDULAZIZ ALASSAF & PARTNERS IN ASSOCIATION WITH SHEARMAN & STERLING LLP