UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYAGÜEZ S.A.,

               Plaintiff,

- against -

CITIGROUP, INC. and CITIBANK, N.A.,

               Defendants.

**ORDER**

16 Civ. 6788 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The final pretrial conference in this matter will take place on **Friday, August 19, 2022, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       August 15, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge