UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

| | |
|---|---|
| MAYAGÜEZ S.A., | |
|                     Plaintiff, | **ORDER** |
|      - against - | 16 Civ. 6788 (PGG) |
| CITIGROUP, INC. and CITIBANK, N.A., | |
|                     Defendants. | |

PAUL G. GARDEPHE, U.S.D.J.:

        Trial in this matter is scheduled to begin on August 22, 2022.  Plaintiff Mayaguez has requested that this Court "take judicial notice of data showing (1) the daily COP/USD currency exchange rates; (2) daily London white sugar prices; (3) monthly Colombian ethanol prices; and (4) monthly Colombian gasoline prices, over the period [of] January 2008 through March 2016."  (Pltf. Mot. (Dkt. No. 229) at 1)

        Defendants oppose the application, arguing, inter alia, that Pietro Veronesi, Mayaguez's expert, "neither identified [the sugar and gasoline prices] among the data he considered in his expert report nor offered opinions based on them."  (Def. Opp. (Dkt. No. 310) at 6 (citing PX 27 (Dkt. No. 243-36) at 43-44))  Mayaguez will respond to this argument **by 5:00 p.m. on August 17, 2022**.

Dated: New York, New York
       August 16, 2022

                                          SO ORDERED.

                                          Paul G. Gardephe
                                          United States District Judge