UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYAGÜEZ S.A.,

    Plaintiff,

-against-

CITIBANK, N.A. and CITIGROUP, INC.,

    Defendants.

Case No. 16 Civ. 06788 (PGG) (JLC)

## ORDER REGARDING USE OF FREIGHT ENTRANCE FOR TRIAL

IT IS HEREBY ORDERED that City Expeditor Courier Services shall be permitted to enter the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007 between August 19, 2022 and August 29, 2022 (clean up day) to deliver and pick up boxes of case materials, trial supplies, small dolly, sealed water bottles to and from Courtroom 705 on behalf of Plaintiff Mayaguez for trial; and it is further

ORDERED that City Expeditor employees identified below shall be permitted to access the Courthouse's freight entrance with their phones between August 19, 2022 and August 29, 2022, to make deliveries and clear out Plaintiff Mayaguez's materials from Courtroom 705 using one or more of the vehicles listed below.

**Names of City Expeditor Employees**

    (1) DeShawn Gilbert

    (2) John Williams

    (3) Johnathan Subasar

    (4) Michael Anderson

    (5) Sheldon Ragoonanan

**City Expeditor's Vehicle Information**

| Vehicle Type | State of Tag/Plate | Tag/Plate No. |
|---|---|---|
| 2011 White Chevrolet 2500 | New York | 39318-MA - G COM |
| 2011 Dark Blue Chevrolet Suburban Express 2500 | New York | FFN1234 – G PAS |
| 2011 White Ford E 150 | Pennsylvania | ZRB2320 – G COM |

Dated: August 18, 2022
New York, New York

SO ORDERED:

_____
The Honorable Paul G. Gardephe
United States District Judge