UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAYAGÜEZ S.A.,<br><br>　　　　Plaintiff,<br><br>-against-<br><br>CITIBANK, N.A. and CITIGROUP, INC.,<br><br>　　　　Defendants. | Case No. 16 Civ. 06788 (PGG) (JLC) |

**ORDER REGARDING DELIVERY
AND INSTALLATION OF TECHNOLOGICAL EQUIPMENT FOR TRIAL**

　　　　IT IS HEREBY ORDERED that Plaintiff Mayaguez S.A. is authorized to use the technological equipment listed in Appendix A for the Pre-Trial Conference on August 19, 2022 and the duration of the trial in the above-captioned matter scheduled to begin on August 22, 2022 (the "Trial"); and it is further

　　　　ORDERED that Marco Heim of TrialGraphix, Inc. shall be permitted to enter the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007 on August 19, 2022 to install in Courtroom 705 the technological equipment listed in Appendix A; and it is further

　　　　ORDERED that three of the five Aquipt, Inc., employees identified on Appendix B, using one or more of the vehicles listed in that appendix, shall be permitted on Friday, August 19, 2022 to access the Courthouse's freight entrance with their phones and deliver to Courtroom 705 the technological equipment listed in Appendix A; and it is further

　　　　ORDERED that upon completion of the trial, three of the five Aquipt, Inc., employees identified on Appendix B shall be permitted to access Courtroom 705 to remove the installed technological equipment.

Dated: August 18, 2022
New York, New York

SO ORDERED:

_____
The Honorable Paul G. Gardephe
United States District Judge

## APPENDIX A

| Equipment |
| --- |
| 2 monitors |
| 5 laptops |
| 1 HDMI switch |
| 1 Xerox printer with toner cartridges |
| 2 small portable folding tech tables |
| 3 compact library carts (to maximize binder space for trial team) |
| 1 bin of misc. power extension cables, power strips, HDMI cables and tape |
| 1 folding luggage cart |

# APPENDIX B

**Names of Aquipt, Inc., Employees**

(1) Jeremy Coley

(2) Robert Emmett Donahue

(3) Connor John Gibbons

(4) James X Lamar

(5) Joshua Alexander Urofsky

**Vehicle Information**

| Vehicle Type | State of Tag/Plate | Tag/Plate No. |
|---|---|---|
| 2019 Chevy Express G2500 | Pennsylvania | ZMZ2828 |
| 2017 Express G2500 | Pennsylvania | ZKW3693 |
| 2001 ISU NPR (Box Truck) | Pennsylvania | YBR4451 |
| 2017 Express G2500 | Pennsylvania | ZJT4462 |
| 2005 Honda ELEMENT/LX | Pennsylvania | GCC5346 |
| 2006 Express G2500 | Pennsylvania | YSD1393 |
| 2016 Express G2500 | Pennsylvania | ZHR9612 |
| 2017 Express G2500 | Pennsylvania | ZJT4461 |
| 2022 Express G2500 | Pennsylvania | ZTR4163 |
| 2021 Chevrolet Express Cargo Van 2500 | Pennsylvania | ZSE4759 |