UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAYAGÜEZ S.A., <br><br> Plaintiff, <br><br> -against- <br><br> CITIBANK, N.A. and CITIGROUP, INC., <br><br> Defendants. | Case No. 16 Civ. 06788 (PGG) (JLC) |

### ORDER REGARDING USE OF FREIGHT ENTRANCE FOR TRIAL

IT IS HEREBY ORDERED that NPD Logistics, LLC shall be permitted to enter the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007 between August 19, 2022 and August 29, 2022 (clean-up day) to deliver and pick up boxes of case materials, trial supplies, small dolly, sealed water bottles to and from Courtroom 705 on behalf of Defendant Citibank, N.A. for trial; and it is further

ORDERED that the NPD Logistics, LLC employees identified below shall be permitted to access the Courthouse's freight entrance with their phones between August 19, 2022 and August 29, 2022, to make deliveries and clear out Defendant Citibank, N.A.'s materials from Courtroom 705 using one or both of the vehicles listed below.

**Names of NPD Logistics, LLC Employees**

(1) Saury Perez
(2) Randell Jenkins
(3) Amir Wilson
(4) Kenneth Taylor

-2-

| Vehicle Type | State of Tag/Plate | Tag/Plate No. |
|---|---|---|
| 2022 White Ford Transit – Van # 69 | New Jersey | XKXU96 |
| 2021 White Ford Transit – Van #65 | New Jersey | XKTX65 |

Dated: August 19, 2022
      New York, New York

SO ORDERED:

*Paul␣Gardephe* (signature)

The Honorable Paul G. Gardephe
United States District Judge