UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYAGÜEZ S.A.,

                Plaintiff,

    - against -

CITIBANK, N.A.,

                Defendant.

**ORDER**

16 Civ. 6788 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated at today's conference, Plaintiff's motion in limine "to exclude evidence relating to Mayagüez's internal audit" (Dkt. No. 234), and its application for discovery (Dkt. No. 334) are denied.  Defendant's applications to exclude Mayagüez's unsuitability theory of liability and for Andre Secron to testify by videoconference are granted. (Dkt. Nos. 336-37)

        The parties' applications to seal certain trial exhibits (Dkt. Nos. 232, 261, 286, 311) are denied without prejudice.

        The Clerk of Court is directed to terminate the motions.  (Dkt. Nos. 232, 234, 261, 286, 311, 334, 336-37)

Dated: New York, New York
       August 19, 2022

                            SO ORDERED.

                            Paul G. Gardephe
                            United States District Judge