UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAYAGÜEZ S.A.,<br><br>   Plaintiff,<br><br> -against-<br><br>CITIBANK, N.A. and CITIGROUP, INC.,<br><br>   Defendants. | Case No. 16 Civ. 06788 (PGG) (JLC) |

### ORDER REGARDING USE OF FREIGHT ENTRANCE FOR TRIAL

   IT IS HEREBY ORDERED that City Expeditor Courier Services shall be permitted to enter the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007 between September 6, 2022 and September 16, 2022 to deliver and pick up boxes of case materials, trial supplies, small dolly, sealed water bottles to and from Courtroom 705 on behalf of Plaintiff Mayaguez for trial; and it is further

   ORDERED that City Expeditor employees identified below shall be permitted to access the Courthouse's freight entrance with their phones between September 6, 2022 and September 16, 2022 to make deliveries and clear out Plaintiff Mayaguez's materials from Courtroom 705 using one or more of the vehicles listed below.

**Names of City Expeditor Employees**

 (1) DeShawn Gilbert
 (2) John Williams
 (3) Johnathan Subasar
 (4) Michael Anderson
 (5) Sheldon Ragoonanan

**City Expeditor's Vehicle Information**

| Vehicle Type | State of Tag/Plate | Tag/Plate No. |
|---|---|---|
| 2011 White Chevrolet 2500 | New York | 39318-MA - G COM |
| 2011 Dark Blue Chevrolet Suburban Express 2500 | New York | FFN1234 – G PAS |
| 2011 White Ford E 150 | Pennsylvania | ZRB2320 – G COM |

Dated: August 31, 2022
      New York, New York

SO ORDERED:

*Paul␣Gardephe*

The Honorable Paul G. Gardephe
United States District Judge