UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAYAGÜEZ S.A.,

                Plaintiff,

    - against -

CITIBANK, N.A.,

                Defendant.

**ORDER**

16 Civ. 6788 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised in open court today that all claims asserted herein have been settled, it is ordered that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within fourteen days of this order, either party may apply by letter within the fourteen-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.  The Clerk of Court is directed to close the case.  Any pending dates and deadlines are adjourned <u>sine</u> <u>die</u>, and any pending motions are moot.

Dated: New York, New York
       September 12, 2022

                                      SO ORDERED.

                                      _____
                                      Paul G. Gardephe
                                      United States District Judge